# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: NORBERTO YUPANQUI | ) | Case No. 24 B 07891 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for December 09, 2024 10:30 am, for the following:

Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. Sections 521(a)(1)(B)(i). Amend schedules A/B to list the real estate

Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out: Section 5.1 to satisfy the best interest test

The Trustee requests documentation of income for the six-month period preceding this case. The disposable income analysis under U.S.C. Section 1325(b) cannot be completed until this is resolved.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: November 12, 2024

/s/ Thomas H. Hooper
Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: NORBERTO YUPANQUI | ) | Case No. 24 B 07891 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## CERTIFICATE OF SERVICE

I, Chris Domann, a non-attorney, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

MANUEL A CARDENAS AND ASSOC                                                          (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                                                                        (via CM/ECF)
United States Trustee

NORBERTO YUPANQUI                                                                             (via First Class Mail)
5508 N MARMORA AVE
CHICAGO, IL 60630
*debtor*

Dated: November 12, 2024                                                                         /s/ Chris Domann

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900